UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:13-CV-0002-F

| | | |
|---|---|---|
| JOEL MURNER | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRANCH BANKING & TRUST COMPANY, | ) | |
| Defendants. | ) | |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 8th day of January, 2013.

_____
JAMES C. FOX
Senior United States District Judge